AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-mj-167 |
| Christopher Warnagiris | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant                                                                 .

Date: 5/18/2021

*Attorney's signature*

Marina Medvin, VSB 78820
*Printed name and bar number*

916 Prince Street
Suite 109
Alexandria VA 22314

*Address*

contact@medvinlaw.com
*E-mail address*

888-886-4127
*Telephone number*

703-870-3300
*FAX number*